THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C18-1418-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| VALLEY PUMP, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 26). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. This order shall not foreclose Plaintiff or the Trusts, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorney fees for the time period encompassed by this action, June 2018, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney fees and costs for any period other than June 2018.

The Clerk is directed to CLOSE this case.

1  DATED this 24th day of June 2019

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1418-JCC
PAGE - 2